UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                                )<br>             Plaintiff,                               )<br>v.                                                              )<br>                                                                )<br>ABGEL PEREZ VASQUEZ,              )<br>                                                                )<br>             Defendant.                          ) | Case No. 2:08CR00090-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ABGEL PEREZ VASQUEZ__ , Case No. __2:08CR00090-EJG__ , Charge __18USC § 371, 1341, and 1028(a)(7) and 1028(f)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __   Release on Personal Recognizance

    __   __   Bail Posted in the Sum of $____

        __   __   Unsecured Appearance Bond

        __   __   Appearance Bond with 10% Deposit

        __   __   Appearance Bond with Surety

        __   __   Corporate Surety Bail Bond

    __ ✔ __   (Other)         __Pretrial conditions as stated on the recrod.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 23, 2009__ at __3:38 pm__ .

By    /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court